TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section
VICTOR A. RODGERS
California Bar No. 101281
Assistant United States Attorney
Asset Forfeiture Section
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2569
    Facsimile: (213) 894-0142
    E-mail: Victor.Rodgers@usdoj.gov

Attorneys for
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF $726,300.00 IN U.S. CURRENCY AND 196 MISCELLANEOUS COLLECTIBLE COINS | ) Case No. 2:21-CM-00239<br>)<br>) STIPULATION EXTENDING UNITED<br>) STATES OF AMERICA'S TIME TO<br>) FILE COMPLAINT FOR FORFEITURE;<br>) [PROPOSED] ORDER THEREON LODGED<br>) UNDER SEPARATE COVER<br>) |

    It is hereby stipulated by and between the United States of America ("United States" or "the government"), on the one hand, and claimant Terrence Steven Wood Jr. (the "claimant"), on the other hand, by and through their respective attorneys, as follows:

    1.   Pursuant to the claim that the United States alleges was received by the Federal Bureau of Investigation (the "FBI") on June 22, 2021, claimant filed a claim in the FBI

administrative forfeiture proceedings to $726,300.00 in U.S. Currency (United States Asset Identification Number 21-FBI-002919) and 196 miscellaneous collectible coins (United States Asset Identification Number 21-FBI-003331)(collectively, the "property.")

2.   It is the United States' position that the FBI sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties, the time has expired for any person to file a claim to the property under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimant has filed a claim to the property as required by law in the administrative forfeiture proceedings.

3.   Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the property alleging that the property is subject to forfeiture within 90 days after a claim has been filed in the administrative forfeiture proceedings, which in this case would be September 20, 2021, unless the court extends the deadline for good cause shown or by agreement of the parties.

4.   As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to October 20, 2021 the time in which the United States is required to file a complaint for forfeiture against the property alleging that the property is subject to forfeiture, so that the government can investigate this matter and determine whether this matter can be settled without the government having to initiate a civil judicial forfeiture action.

5.   Claimant knowingly, intelligently, and voluntarily gives up any right claimant may have under 18 U.S.C. §

1   983(a)(3)(A)-(C) to require the United States to file a complaint

2   for forfeiture against the property alleging that the property is

3   subject to forfeiture by September 20, 2021 and any right

4   claimant may have to seek dismissal of any complaint on the

5   ground that it was not filed on or before such date.

6        6.    The parties agree that the deadline by which the United

7   States shall be required to file a complaint for forfeiture

8   against the property alleging that the property is subject to

9   forfeiture shall be extended to October 20, 2021.

10  SO STIPULATED.

11  DATED: September 16, 2021        TRACY L. WILKISON
                                     Acting United States Attorney
12                                   SCOTT M. GARRINGER
                                     Assistant United States Attorney
13                                   Chief, Criminal Division
                                     JONATHAN GALATZAN
14                                   Assistant United States Attorney
                                     Chief, Asset Forfeiture Section
15

16

17                                   VICTOR A. RODGERS
                                     Assistant United States Attorney

18
                                     Attorneys for
19                                   United States of America

20

21  DATED: September 15, 2021        KAPLAN MARINO, P.C.

22

23

24                                   NINA MARINO

25                                   Attorney for Claimant
                                     TERRENCE STEVEN WOOD JR.

26

27

28

                                3

**PROOF OF SERVICE**

I am over the age of 18 and not a party to the within action.  I am employed by the Office of the United States Attorney, Central District of California.  My business address is 312 North Spring Street, 14th Floor, Los Angeles, California 90012.

On **September 16, 2021**, I served a copy of: **STIPULATION EXTENDING UNITED STATES OF AMERICA'S TIME TO FILE COMPLAINT FOR FORFEITURE** upon each person or entity named below:

 **X**  By Electronic Mail: By transmitting said document(s) to the email address(es) listed below.

> **Nina Marino**
> **Kaplan Marino**
> **1546 N. Fairfax Avenue**
> **Los Angeles, CA 90046**
> **marino@kaplanmarino.com**
>
> **Attorneys for**
> **TERRENCE STEVEN WOOD JR.**

I declare under penalty of perjury under the laws of the United States of America that I am employed in the office of a member of the bar of this Court, at whose direction the service was made, and that the foregoing is true and correct.

Executed on **September 16, 2021** at Los Angeles, California.

*/s/ Helen Wu*

**HELEN WU**
Senior Paralegal